UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FRANCIS OKHIRIA,

                Plaintiff,

   -against-

THE CITY OF NEW YORK, *et al.*,

                Defendants.
-----------------------------------------------------------X

ORDER

12-cv-896 (NG)(CLP)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 18 2013 ★
BROOKLYN OFFICE

GERSHON, United States District Judge:

On May 7, 2013, Magistrate Judge Pollak issued a Report and Recommendation ("R & R"), recommending dismissal of this action for plaintiff's failure to prosecute. No objections having been filed, the court hereby adopts the R & R in its entirety. The Clerk of Court is directed to close this case.

SO ORDERED.

s/Nina Gershon
NINA GERSHON
United States District Judge

Dated: June 17, 2013
       Brooklyn, New York